# Exhibit C

**Klinowski Damiano LLP**
*Attorneys at Law*

**_Alex Kontos Fruit Co., Inc.  v. Doug Specialties LLC_**

**Claim Amounts Calculated Through:** 11/17/2023
**PACA Creditor / Claimant:** Alex Kontos Fruit Co., Inc.
**Debtor:** Doug Specialties LLC
**Payment Terms:** Net 10
**Interest Rate:** 1.5 % per mon. (18% APR)
**Attorneys' Fees & Costs:** Yes

| Invoice Number | Date of Acceptance or Shipment | Date Trust Notice Given | Date Payment Due | No. of Days Past Due | Invoice Amount | Accrued Interest (through date of chart) | Invoice Amount Due | Payments Received | Principle and Interest = Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 451384 | 07/28/23 | 07/28/23 | 08/07/23 | 102 | $ 18,480.00 | $ 942.48 | $ 19,422.48 | $ - | $ 19,422.48 |
| 451258 | 07/26/23 | 07/26/23 | 08/05/23 | 104 | $ 21,280.00 | $ 1,106.56 | $ 22,386.56 | $ - | $ 22,386.56 |
| | | | | | $ 39,760.00 | $ 2,049.04 | $ 41,809.04 | $ - | $ 41,809.04 |

| | |
|---:|---:|
| Principal Amount: | $ 39,760.00 |
| Accrued Interest: | $ 2,049.04 |
| Attorneys' Fees & Costs *(estimated through 11/30/2023)* : | $ 12,260.00 |
| **Total PACA Trust Amount Claimed:** | **$ 54,069.04** |



**Alex Kontos Fruit Co. Inc.**
**Flavor-Pic Tomato Co., Inc.**
444 Finley Ave West
Birmingham, AL 35204



| Phone: | 205-322-3459 |
| Toll Free: | 800-828-3329 |

# INVOICE

Phone: 205-323-7306
**Invoice #: 451258**
Invoice: Jul 26, 2023
Ship:   Jul 26, 2023
**Pay Terms:** COD

**Sold To:** Doug Specialties
3480 NW 27th Avenue
Pompano Beach FL 33069

**Ship To:** Doug Specialties
3480 NW 27th Avenue
Pompano Beach FL 33069

Page 1 of 1

**Sale Terms:** FOB   **Salesperson:** 17  Adam Pridmore
**Order:** Jul 26, 2023
**Cust PO:** 11964

| Description | Quantity | UOM | Price | Amount |
|---|---:|---|---:|---:|
| TOMATO 25# 4x4 Vine No1 USA | 840 | ctn | 12.00 | 10,080.00 |
| TOMATO Box 25# Roma USA | 700 | ctn | 16.00 | 11,200.00 |
| INVOICE TOTAL: | 1540 | | | 21,280.00 |

Any claims for shortage, damage or condition will not be honored unless the problem is reported IN WRITING to Alex Kontos Fruit Co. Inc. within EIGHT (8) HOURS of receipt of the product AND either (a) a TIMELY USDA INSPECTION is performed on the product, or (b) you receive a WRITTEN waiver of inspection from Alex Kontos Fruit Co., Inc.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) "PACA". The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Buyer acknowledges and agrees that interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum), or at the maximum allowable rate under applicable law, until such time as full payment is received. In the event any collection or other action becomes necessary to enforce any right under this agreement, Buyer ackowledges and agrees to pay all costs of collection or enforcement, including reasonable attorneys' fees. Buyer further acknowledges that all attorneys' fees, costs, and interest accrued hereunder or in connection with collection of sums due under this agreement are considered sums owing in connection with this transaction under the PACA trust.



**Alex Kontos Fruit Co. Inc.**
**Flavor-Pic Tomato Co., Inc.**
444 Finley Ave West
Birmingham, AL 35204



Phone:     205-322-3459
Toll Free:  800-828-3329

# INVOICE

Phone: 205-323-7306

**Invoice #:** 451384
**Invoice:** Jul 28, 2023
**Ship:** Jul 28, 2023
**Pay Terms:** COD

**Sold To:** Doug Specialties
3480 NW 27th Avenue
Pompano Beach FL 33069

**Ship To:** Doug Specialties
3480 NW 27th Avenue
Pompano Beach FL 33069

Page 1 of 1

**Sale Terms:** FOB         **Salesperson:** 17  Adam Pridmore
**Order:** Jul 27, 2023

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| TOMATO 25# JBO Vine USA | 1540 | ctn | 12.00 | 18,480.00 |
| INVOICE TOTAL: | 1540 | | | 18,480.00 |

---

Any claims for shortage, damage or condition will not be honored unless the problem is reported IN WRITING to Alex Kontos Fruit Co. Inc. within EIGHT (8) HOURS of receipt of the product AND either (a) a TIMELY USDA INSPECTION is performed on the product, or (b) you receive a WRITTEN waiver of inspection from Alex Kontos Fruit Co., Inc.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) "PACA". The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Buyer acknowledges and agrees that interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum), or at the maximum allowable rate under applicable law, until such time as full payment is received. In the event any collection or other action becomes necessary to enforce any right under this agreement, Buyer ackowledges and agrees to pay all costs of collection or enforcement, including reasonable attorneys' fees. Buyer further acknowledges that all attorneys' fees, costs, and interest accrued hereunder or in connection with collection of sums due under this agreement are considered sums owing in connection with this transaction under the PACA trust.