**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ALEX KONTOS FRUIT CO., INC., <br><br>    Plaintiff, <br><br> v. <br><br> DOUG SPECIALTIES LLC, and DOUGLAS J. HABE, each individually, <br><br>    Defendants. | Case No. 0:23-cv-62431-RAR |

### NOTICE OF STRIKING ECF NO. 9

Plaintiff Alex Kontos Fruit Co., Inc., by and through its undersigned counsel, hereby files this Notice of Striking ECF No. 9. Plaintiff became aware that it inadvertently filed "Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing" using the incorrect CM/ECF login information, which did not match the name of the undersigned attorney. A corrected version will be contemporaneously filed on the docket with the appropriate signature, which match the CM/ECF login information. Based on the foregoing, Plaintiff respectfully requests ECF No. 9 be stricken from the docket.

Dated:  January 3, 2024.                                 Respectfully submitted,

*/s/ Gregory M. Ohl*
Gregory M. Ohl, Esq.
Florida Bar No. 1039100
Mark A. Gilbert, Esq.
Florida Bar No. 1013517
1 Independent Dr., Ste. 3130
Jacksonville, FL 32202
Phone: (904) 456-8938
gregory.ohl@colemantalley.com
*Attorneys for Plaintiff Alex Kontos Fruit Co., Inc.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 3, 2024, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

          By: /s/ *Gregory M. Ohl*
             Gregory M. Ohl