UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24191-RAR

**ALEX KONTOS FRUIT CO., INC.**,

    Plaintiff,

v.

**DOUG SPECIALTIES LLC,** *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On December 29, 2023, Plaintiff filed its Complaint, [ECF No. 1]. Defendants Doug Specialties LLC and Douglas J. Habe were served on January 29, 2024 and January 31, 2024 respectively. *See* Proofs of Service, [ECF Nos. 18, 19]. On January 12, 2024, the Court issued a Paperless Order Requiring Combined Responses ("Order"), [ECF No. 20], in which the Court directed Defendants to "submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond under Fed. R. Civ. P. 12." Per Rule 12 of the Federal Rules of Civil Procedure, the last-served Defendants' combined response or separate answers to Plaintiff's Complaint were due on or before January 31, 2024. FED. R. CIV. P. 12(a)(1)(A)(i).

To date, there is no indication that Defendants have filed a response or answer, nor has either Defendant requested an extension of time to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall file their single combined response or separate answers to the Complaint on or before **February 9, 2024** <u>and</u> show good cause for their failure to timely file a combined response or separate answers. Failure to do so will result in

the entry of default against Defendants without further notice.  **Plaintiff shall serve this Order on Defendants on or before February 6, 2024 and file proof of service within three days thereof.**

**DONE AND ORDERED** in Miami, Florida this 2nd day of February, 2024.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**