**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ALEX KONTOS FRUIT CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUG SPECIALTIES LLC, and DOUGLAS J. HABE, each individually, <br><br> Defendants. | Case No. 23-cv-62431-RAR |

## RULE 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Alex Kontos Fruit Co., Inc., ("*Plaintiff*"), by and through undesigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this action without prejudice, of the above styled action and advises the Court that the parties have resolved and otherwise settled this action with each party bearing its own fees and costs. Accordingly, the Court may immediately dismiss the above styled civil action against all defendants without prejudice.

Dated February 12, 2024

Respectfully Submitted,

By: */s/ Gregory M. Ohl*
     GREGORY M. OHL

COLEMAN TALLEY LLP
Mark A. Gilbert, Esq
Florida Bar No. 1013517
1 Independence Drive, Ste 3130
Jacksonville, FL 32202
Telephone: (904) 456-8949
Facsimile: (229) 333-0885
E-mail: mark.gilbert@colemantalley.com
Gregory M. Ohl, Esq.
Florida Bar No. 1039100
Telephone: (904) 456-8938
Email: gregory.ohl@colemantalley.com
*Counsel for Alex Kontos Fruit Co., Inc.*

KLINOWSKI DAMIANO LLP

Jason R. Klinowski, Esq.
Alabama Bar No. asb-3856-t61s
*Pro Hac Vice*
V. Walker Wells, Esq.
Alabama Bar No. asb-0509-n72w
*Pro Hac Vice*
P.O. Box 43404
Birmingham, Alabama 35243
Tel: (205) 644-8881
Fax: (205) 644-8489
E-mail: jklinowski@aglawyer.com
vwells@aglawyer.com
*Counsel for Alex Kontos Fruit Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Rule 41 Voluntary Dismissal Without Prejudice was served with the Clerk of Court using the Court's ECF system and upon all counsel of record this 12th day of February 2024.

Dated: February 12, 2024                    Respectfully, submitted,


                                            By: */s/ Gregory M. Ohl*

                                            COLEMAN TALLEY LLP
                                            Mark A. Gilbert, Esq
                                            Florida Bar No. 1013517
                                            1 Independent Drive, Ste 3130
                                            Jacksonville, FL 32202
                                            Telephone: (904) 456-8949
                                            Facsimile: (229) 333-0885
                                            E-mail: mark.gilbert@colemantalley.com
                                            Gregory M. Ohl, Esq.
                                            Florida Bar No. 1039100
                                            Telephone: (904) 456-8938
                                            Email: gregory.ohl@colemantalley.com
                                            *Counsel for Alex Kontos Fruit Co., Inc.*